IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02483-TPO

JUAN DAVID MARTINEZ-ROJAS,

Petitioner,

v.

TODD BLANCHE,
Acting U.S. Attorney General;
MARKWAYNE MULLIN,
Secretary, Department of Homeland Security;
DAVID VENTURELLA,
Acting Director, U.S. Immigration and Customs Enforcement;
ROBERT GUADIAN,
Director of the Denver Field Office for U.S. Immigration and Customs Enforcement; and
JUAN BALTAZAR,
Warden of Denver Contract Detention Facility,

in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 5, 2026.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner's Notice of Voluntary Dismissal of Petition for Writ of Habeas Corpus [ECF 8] is self-effectuating, and this matter was **dismissed without prejudice** as of filing. The Clerk of Court is **directed** to close this case.